PURRINGTON & McCONNELL
John H. McConnell (JM-6374)
82 Wall Street - Suite 1110
New York, New York 10005
(212) 943-5757

08 CV 3560
(GEL)(GWG)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

CHRISTOPHER B. MICHELSEN,

                     Plaintiff,

   -against-

ROBERT CHRISTOPHER MANAGEMENT CORP.,
and ROBERT CHRISTOPHER MARINE
GROUP, INC., d/b/a Robert Christopher
Marine Yacht Sales, and RCMYS, and
Robert Christopher Yachts,

                     Defendants.
------------------------------------------------x

       PURSUANT to Fed.R.Civ.P. 7.1 (formerly Local General Rule 1.9 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the plaintiff (a private individual party) certifies that the plaintiff is associated or affiliated with the following: Columbia University Medical Center.

Dated:   New York, New York
           April 11, 2008

PURRINGTON & McCONNELL
Attorneys for Plaintiff

By: _____
    John H. McConnell (JM-6374)

82 Wall Street
New York, New York 10005
(212) 943-5757