UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

------------------------------------------------------------x
              :

CHRISTOPHER B. MICHELSEN,       :

              :

           Plaintiff,   :

              :       08 Civ. 3560 (GEL)

      -against-       :

              :       **ORDER**

ROBERT CHRISTOPHER MANAGEMENT  :
CORP. and ROBERT CHRISTOPHER   :
MARINE GROUP, INC., d/b/a ROBERT  :
CHRISTOPHER MARINE YACHT SALES,  :
and RCMYS, and ROBERT CHRISTOPHER :
YACHTS,                 :

              :

          Defendants.  :

              :

------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

        A review of court records indicates that the complaint in this action was filed on April 14, 2008, and that no proof of service of the summons and complaint has been filed.  Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a
> defendant within 120 days after the filing of the complaint,
> the Court, upon motion, or on its own initiative after notice
> to the plaintiff, shall dismiss the action without prejudice, as
> to that defendant or direct that service be effected within a
> specified time; provided that if the plaintiff shows good
> cause for the failure, the Court shall extend the time for
> service for an appropriate period.

        In response to inquiries from the Court, counsel for plaintiff states that he has received a waiver of service from defendants, but a review of the docket sheet in this case indicates that no such waiver has been filed.  The plaintiff is directed to file the waiver or other proof of service by September 2, 2008, or the complaint will be dismissed, for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

SO ORDERED.
Dated: New York, New York
       August 19, 2008

                          GERARD E. LYNCH
                      United States District Judge