PURRINGTON & McCONNELL
John H. McConnell (JM-6374)
82 Wall Street - Suite 1110
New York, New York  10005
(212) 943-5757

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x

CHRISTOPHER B. MICHELSEN,                          **08 Civ. 3560 (GEL)**

              Plaintiff,

-against-                                          NOTICE OF WITHDRAWAL
                                                   OF FRCP 7.1 STATEMENT
ROBERT CHRISTOPHER MANAGEMENT CORP.,
and ROBERT CHRISTOPHER MARINE
GROUP, INC., d/b/a Robert Christopher
Marine Yacht Sales, and RCMYS, and
Robert Christopher Yachts,

              Defendants.
----------------------------------------------x

       The plaintiff hereby withdraws the Fed.R.Civ.P. 7.1 statement that he filed in this action, **Docket Entry Number 2.**

       The plaintiff is an individual, not a corporation, and the statement was filed erroneously.

Dated:   New York, New York          PURRINGTON & McCONNELL
         August 28, 2008             Attorneys for Plaintiff

                                     */s/ John H. McConnell*
                                 By: _____
                                     John H. McConnell (JM-6374)

                                     82 Wall Street
                                     New York, New York 10005
                                     (212) 943-5757